

FILED
NOV 16 2012
Clerk, U.S District Court
District Of Montana
Butte

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| BYRON WAYNE AABERGE,<br><br>                      Petitioner,<br><br>vs.<br><br>ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>                      Defendant. | No. CV 12-85-GF-SEH<br><br>**ORDER** |

On October 25, 2012, United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] in this matter. Petitioner did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendations for clear error.

---

[1] Docket No. 2.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. The Petition[2] is DISMISSED for failure to exhaust state remedies.

2. A certificate of appealability is DENIED. Any appeal from this disposition will not be taken in good faith due to Petitioner's failure to exhaust state remedies.

The Clerk is directed to enter judgment accordingly.

DATED this 16th day of November, 2012.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 2.